RECEIVED
MAY 01 2008
WINNER & ASSOCIATES

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

_____, a minor, by her
mother and next friend Larissa Martins,

          Plaintiff,

v.

HAGELAND AVIATION SERVICES, INC.,

          Defendant.

FILED IN THE TRIAL COURTS
STATE OF ALASKA
BETHEL SERVICE AREA

APR 28 2008

By _____
DEPUTY CLERK.

Case No. 4BE-08- 124 CI

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

## COMPLAINT FOR DAMAGES

    COMES NOW Plaintiff _____, by her undersigned counsel, and for her complaint for damages against Defendant Hageland Aviation Services, Inc., alleges as follows:

### Parties

    1.    Minor _____ (DOB 3/22/05) (" ____ ") is, and at all material times was, a resident of Chevak, Alaska. She is represented here by her mother and next friend Larissa Martins, who also is a resident of Chevak, Alaska.

    2.    Defendant Hageland Aviation Services, Inc. ("Hageland"), is, and at all material times was, a for-profit Alaskan corporation operating as a common air carrier in Alaska.

### Facts

    3.    On or about September 21, 2006, _____ was injured in Bethel, Alaska, while a passenger on an airplane owned and operated by Hageland. She fell from the airplane onto the tarmac at the Bethel Airport when the door of the airplane opened while the airplane was parked on the tarmac. This fall was due to the fault of Hageland's employees, acting within the course and scope of their employment.

    4.    _____ suffered serious and permanent physical injuries as a result of her fall.

COMPLAINT FOR DAMAGES
_____ v. Hageland Aviation Services, 4BE-08-_____ CI

Exhibit ___B___
Page __1__ of __3__ Pages

## Claims for Relief

### I. Negligence: *Respondeat Superior*

5.               incorporates by reference all preceding allegations.

6.        Hageland's employees who were responsible for operating and securing the airplane owed to       the duty of utmost care and vigilance of a very cautious person to protect her safety while she was a passenger on its airplane. They were responsible for any, even the slightest, negligence, and they were required to do all that human care, vigilance and foresight reasonably could do under all the circumstances. They owed       .the highest degree of care to protect her safety. Hageland's employees breached these duties to      , and Hageland is liable to her under *respondeat superior* for this breach.

7.        As a proximate result of this breach,     suffered serious and permanent physical injuries.

### II. Negligence: *Res Ipsa Loquitur*

8.               incorporates by reference all preceding allegations.

9.        Hageland had exclusive control over the airplane from which     fell. The event causing the injuries suffered by     ordinarily does not occur in the absence of the breach of the duty of care of a common air carrier like Hageland. Hageland is liable under *res ipsa loquitur* for 's injuries.

### III. Negligence: Hiring, Supervision and Training

10.            incorporates by reference all preceding allegations.

11.       Hageland breached its duty to    to protect her safety while she was a passenger on its airplane by failing to properly hiring, training, and supervising its employees.

12.        's injuries were proximately caused by this breach.

### IV. Punitive Damages

13.           incorporates by reference all preceding allegations.

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

14.    Hageland's actions and failure to act were outrageous and evidenced reckless indifference to the interest of            is entitled to an award of punitive damages as a result.

WHEREFORE,         prays for the following relief against Hageland:

1.    For damages in an amount in excess of $100,000, in an amount to be proven at trial.

2.    For an award of prejudgment interest.

3     For an award of punitive damages, in an amount to be proven at trial.

4.    For an award of her costs and attorneys' fees in having to bring this action.

5.    For such other relief as appears just to the Court.

WINNER & ASSOCIATES, P.C.
Attorney for Plaintiff

Dated: _4/24/08_

By:_____
Russell L. Winner
ABA No. 7811149

ANGSTMAN LAW OFFICE
Attorney for Plaintiff

Dated: _4/24/08_

By:_____
Myron Angstman
ABA No. 7410057

G:\        \complaint.wpd

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

COMPLAINT FOR DAMAGES
        v. Hageland Aviation Services, 4BE-08-_____ CI

Exhibit ____B____

Page _3_ of _3_ Pages